UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Joseph Bruno, | Case No. 3:25-cv-10808 |
|---|---|
| Plaintiff(s), | |
| v. | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** |
| Wells Fargo & Co., et al., | (CIVIL LOCAL RULE 11-3) |
| Defendant(s). | |

I, __Linda D. Friedman__, an active member in good standing of the bar of __Illinois__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Plaintiff__ in the above-entitled action. My local co-counsel in this case is __Sam Sani__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: __273993__.

| Stowell & Friedman, Ltd., 303 W. Madison St, Suite 2600, Chicago IL 60606 | Sani Law APC, 595 E. Colorado Blvd., Suite 522 Pasadena, CA 91101 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (312) 431-0888 | (310) 935-0405 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| lfriedman@sfltd.com | ssani@sanilawfirm.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __6332899__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __0__ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/19/25                                                            Linda D. Friedman
                                                                                              APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Linda D. Friedman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: December 19, 2025

_____
UNITED STATES MAGISTRATE JUDGE

ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS
www.iardc.org

| | |
|---|---|
| One Prudential Plaza<br>130 East Randolph Drive, Suite 1500<br>Chicago, Illinois 60601-6219<br>(312) 565-2600  (800) 826-8625<br>Fax (312) 565-2320 | 3161 West White Oaks Drive, Suite 301<br>Springfield, IL 62704<br>(217) 546-3523  (800) 252-8048<br>Fax (217) 546-3785 |

Stowell & Friedman Ltd.
303 West Madison Street
Suite 2600
Chicago, IL  60606

Chicago
Wednesday, August 27, 2025

Re:   Linda Debra Friedman
      Attorney No. 6190092

To Whom It May Concern:

We have received a request for written verification of the status of Linda Debra Friedman in connection with the attorney's application, motion or petition for permission to appear pro hac vice in an isolated case in another jurisdiction.

The records of the Attorney Registration and Disciplinary Commission of the Supreme Court of Illinois reflect that Linda Debra Friedman was admitted to practice law in Illinois on November 7, 1985. Linda Debra Friedman is currently eligible to practice law in Illinois; is not the subject of any pending public disciplinary proceeding in this state; and is not under any current disciplinary sanction in Illinois.

Very truly yours,
Lea S. Gutierrez
Administrator

By: /s/ *Lisa Marie Medina*
   Lisa Marie Medina
   Deputy Registrar

LMM